**YU | MOHANDESI LLP**

JS-6

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.374.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
OneMain Financial Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURT JACEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ONEMAIN FINANCIAL GROUP LLC<br><br>　　　　Defendant. | Case No.: 2:16-cv-04613-MWF-E<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION**<br><br>Honorable Michael W. Fitzgerald |

NOTE: CHANGES MADE BY THE COURT

# ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the Action shall be submitted to binding arbitration before the American Arbitration Association. The Court further orders that the Action is stayed pending completion of arbitration. The parties shall file a joint status report every six months from the date of this Order, and within ten (10) days of completion of arbitration.

IT IS SO ORDERED.

DATED: August 29, 2016

_____
Honorable Michael W. Fitzgerald
United States District Judge